UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **PAUL PONG VANG #57932177,** | **CIVIL ACTION NO. 1:22-CV-01332** |
| | **SECTION P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN MERENDINO,** | **MAG. JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 6], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for failure to exhaust his administrative remedies.

**MONROE, LOUISIANA**, this 6th day of October 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE